Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Littlelogistics LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1750630 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** 6565 Whispering Pine Lane Jacksonville, OR 97530 Number, Street, City, State & ZIP Code  Jackson County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Sebastian Vizcaino 11 interior B, Tijuana BC Mexico Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.littlelogisticsusa.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  Littlelogistics LLC  
Name

Case number (*if known*) _____

## 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

## 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

## 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____  
District _____  When _____  Case number _____

## 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

| Debtor | Littlelogistics LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| Debtor | Littlelogistics LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 17, 2024
             MM / DD / YYYY

**X** /s/  Philip Littleton                                    Philip Littleton
Signature of authorized representative of debtor               Printed name

Title  Member

**18. Signature of attorney**

**X** /s/ Keith Y Boyd                                         Date  January 17, 2024
Signature of attorney for debtor                                     MM / DD / YYYY

Keith Y Boyd 760701
Printed name

Keith Y. Boyd, PC
Firm name

724 S Central Ave 106
Medford, OR 97501
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  keith@boydlegal.net

760701 OR
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Littlelogistics LLC | |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AC Foreign Trade Corp<br>2275 Michael Faraday #6<br>San Diego, CA 92154 | Jose Angulo<br>gangulo@aceshelter.com<br>(619) 391-7450 | Trade debt | | | | $32,000.00 |
| AM-Lach MX<br>Montecito no 38 Piso 22 Int 25<br>Col. Napoles, CP 03810 Benito Juarez, Ciudad De Mexico | Luis<br>luis@amrapur.com<br>(818) 689-1621 | Trade debt | | | | $10,000.00 |
| APC<br>1920 E Devin Ave<br>Elk Grove Village, IL 60007 | Cassandra W<br>cassandraw@apc-pli.com<br>(201) 372-9700x131 | Trade debt | | | | $13,000.00 |
| Baja Freight<br>8662 Siempre Viva Rd<br>San Diego, CA 92154 | liliana Lomei<br>liliana.lomeli@bajafreight.com<br>(619) 671-3100x2305 | Trade debt | | | | $15,000.00 |
| DLS<br>Oscar Bailon Chacon 23332 Col Ejido<br>Tijuana BC 22204<br>Mexico | Mary Alvardo<br>maryalvardo25sep@gmail.com<br>(664) 808-4339 | Trade debt | | | | $10,000.00 |
| EBF Holdings, LLC dba Everest Business Funding<br>5 W 37th St #1100<br>New York, NY 10018 | Ismely Fernandez<br>ismely.fernandez@everestbusinessfunding.com<br>(800) 619-2943 | Trade debt | Disputed | $7,298.00 | $40,800.00 | $7,298.00 |
| Eric Javits<br>2135 44 Road<br>Long Island City, NY 11101 | Cliton Rawlins<br>crawlins@ericjavits.com<br>(917) 900-4750 | Trade debt | | | | $40,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Littlelogistics LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing 53 State St 20th Fl Boston, MA 02109 | Kayla Tyson ktyson@forwardfincing.com (888) 954-4377 | Trade debt | Disputed | $7,716.00 | $40,800.00 | $7,716.00 |
| Freight Innovations 45 E City Ave #1646 Bala Cynwyd, PA 19004 | Rachel Smith steve@frieghtinnovation.com (201) 396-2713 | Trade debt | | | | $115,000.00 |
| G and G Funding Group LLC 57 W 57th St Fl 4 New York, NY 10019 | Joe joe@gnadgfunding.com (718) 701-1256 | Trade debt | | $26,381.00 | $40,800.00 | $26,381.00 |
| Global Performance Commerce 501 W Broadway #1420 San Diego, CA 92101 | Jason Lee jason.lee@dfogpc.com (646) 681-2316 | Trade debt | | | | $19,000.00 |
| Landsberg Orora Lugar de Expedicion Tijuana BC 22465 Mexico | Arturo Trejo arturotrejo@ororagroup.com (526) 643-4197x70 | Trade debt | | | | $8,660.00 |
| Lite Fund Solutions, LLC 88 Pine, 26th Fl New York, NY 10005 | Richard richard@litefund.co (646) 854-1798 | Trade debt | Disputed | $20,000.00 | $40,800.00 | $20,000.00 |
| Passion Planner 101 E 30th National City, CA 91950 | Valerie Villo accounting@passionplanner.com | Trade debt | | | | $75,000.00 |
| Ron Cazares 6263 Lewis Court Parker, CO 80134 | Ron Cazares micaza7@gmail.com (385) 251-7222 | Trade debt | | | | $37,500.00 |
| Silverline Services, Inc. 55 Water St, 50th Fl New York, NY 10005 | Mendel Engel mendel@silverlinefunding.com (929) 226-1409 | Trade debt | | $10,877.00 | $40,800.00 | $10,877.00 |
| Tecma Baja LLC 2000 Wyoming Ave. El Paso, TX 79903 | Arturo Garcia arturo.garcia@tecma.com (619) 710-0555 | Trade debt | | | | $103,000.00 |
| The JD Group 1659 Gailes Blvd #121 San Diego, CA 92154 | Alicia Luna candrade@mb.jdgroup.net | Trade debt | | | | $15,000.00 |

| Debtor | Littlelogistics LLC | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration COVID EIDL Servicing Center 14925 Kingsport Road Fort Worth, TX 76155 | cesc.bankruptcy@sba.gov (833) 853-5638 | Trade debt | | $408,976.00 | $40,800.00 | $368,176.00 |
| World Wide 1540 Carlemont Drive #J Crystal Lake, IL 60014 | Barbara Barry barbara.barry@trustaltus.com (240) 213-2919 | Trade debt | | | | $38,000.00 |